IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Maebane Jr, Michael L | Case Number: 07 B 20922 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 11/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: February 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,670.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,525.82 |
| Trustee Fee: | | 144.18 |
| Other Funds: | | 0.00 |
| Totals: | 2,670.00 | 2,670.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 3,274.00 | 2,525.82 |
| 2. | Great Suburban Acceptance | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 3,039.33 | 0.00 |
| 4. | Internal Revenue Service | Priority | 59,797.22 | 0.00 |
| 5. | Municipal Collection Services | Unsecured | 47.50 | 0.00 |
| 6. | Plains Commerce Bank | Unsecured | 101.78 | 0.00 |
| 7. | Ilx Resorts | Unsecured | 1,001.33 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 2,957.57 | 0.00 |
| 9. | Dakota State Bank | Unsecured | 82.60 | 0.00 |
| 10. | Premiere Vacation Club | Unsecured | 255.43 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 2,129.47 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 134.83 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 292.60 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 249.26 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 1,208.67 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 127.58 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 619.09 | 0.00 |
| 18. | Guranty Bank | Unsecured | | No Claim Filed |
| 19. | Advance America | Unsecured | | No Claim Filed |
| 20. | Charter One Bank | Unsecured | | No Claim Filed |
| 21. | Aspen | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Fast Cash | Unsecured | | No Claim Filed |
| 24. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 25. | Drs Kaspar Heaton & Wright | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Maebane Jr, Michael L | | Case Number: 07 B 20922 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 8/12/08 | | Filed: 11/8/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Drive Financial Services | Unsecured | | No Claim Filed |
| 27. | Global Acceptance | Unsecured | | No Claim Filed |
| 28. | FCNBD Bank Sucessor, Bank One | Unsecured | | No Claim Filed |
| 29. | Laramar Group | Unsecured | | No Claim Filed |
| 30. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 31. | Pronger Smith Clinic | Unsecured | | No Claim Filed |
| 32. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 33. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 34. | Providian | Unsecured | | No Claim Filed |
| 35. | St Francis Hospital | Unsecured | | No Claim Filed |
| 36. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 37. | PTSIR | Unsecured | | No Claim Filed |
| 38. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 39. | Triad Financial Services | Unsecured | | No Claim Filed |
| 40. | SW Hospitals MRI Center | Unsecured | | No Claim Filed |
| 41. | Super Valu Credit Union | Unsecured | | No Claim Filed |
| 42. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 43. | Visa Card Services | Unsecured | | No Claim Filed |
| 44. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 75,318.26 | $ 2,525.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 144.18 |
| | _____ |
| | $ 144.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMash_____